AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| | AUSA: DePorre | Telephone: | (810) 766-5177 |
| Special Agent: | Monfette, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Marcus Malik Etheridge, | Case: 4:22−mj−30402<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 9/19/2022<br>Description: IN RE SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

There is probable cause that on or about September 8, 2022, the defendant, Marcus Etheridge, knowing that he had a prior conviction for a crime punishable by imprisonment for more than a year, knowingly possessed a firearm, that is, a Glock, model 29, 10mm pistol, and such firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Monfette, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 19, 2022

*Judge's signature*

City and state: Flint, MI          Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

## PURPOSE OF AFFIDAVIT

3. The purpose of this affidavit is to establish probable cause that Marcus Etheridge (DOB XX/XX/1994) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about September 08, 2022, in the Eastern District of Michigan.

4. In September of 2022, I reviewed a Computerized Criminal History (CCH) of Etheridge, which revealed Etheridge plead guilty to possession of a controlled substance (Cocaine, Heroin or Another Narcotic) less than 25 grams on January 01, 2021, in the 7th Circuit Court of Michigan.

## PROBABLE CAUSE

5. I have reviewed documents and reports regarding the September 08, 2022, arrest of Etheridge, during which the Michigan State Police (MSP) recovered a Glock, model 29, 10mm caliber pistol and ten live rounds of 10mm ammunition.

6. On September 07, 2022, MSP Trooper Whipple became aware that Marcus Etheridge had an outstanding arrest warrant, frequented the Beecher area of Mount Morris, MI, and drove a light-colored Jeep Compass. Trooper Whipple also saw a photograph of Etheridge, so he could recognize and arrest him.

7. On September 08, 2022, Michigan State Police (MSP) Troopers were on patrol in the area of Detroit Street and Katy Drive in Mount Morris, MI in a fully marked patrol vehicle, when Trooper Whipple observed a light-colored Jeep Compass traveling Eastbound and cross his driver window. Trooper Whipple

observed who he recognized to be as Marcus Malik Etheridge operating the vehicle from a photo he saw on the day prior. The Michigan registration of the Jeep "BEB031" matched a vehicle Etheridge was operating during a previous MSP arrest in 2020. Troopers activated their emergency lights and conducted a traffic stop of the vehicle. The driver was confirmed to be Marcus Malik Etheridge by his Michigan Driver's License. Etheridge was asked to step out of the vehicle and placed in handcuffs. The only other occupant of the vehicle was a two-year old child.

8. A consent search of Etheridge's person revealed a loaded Glock, model 29, 10mm pistol, S/N: BXAV229 in Etheridge's left boot.

9. A search of the vehicle revealed the following:

- An additional Glock magazine loaded with ten (1) live rounds of 10mm ammunition in the driver's door.

- The corresponding Glock pistol box to the recovered Glock 29 pistol, S/N: BXVA229.

10. On September 09, 2022, I contacted Interstate Nexus Expert ATF Special Agent Dustin Hurt. SA Hurt advised, based upon the description provided, without physically examining the firearm, that the firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce.

## CONCLUSION

11. Based upon the above information, probable cause exists to believe that Marcus Etheridge, knowing that he had a prior conviction for a crime punishable by imprisonment for more than a year, knowingly possessed a firearm, that is, a Glock, model 29, 10mm pistol, and such firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1). These violations occurred on or about September 08, 2022, in the Eastern District of Michigan.

_____
Special Agent Todd Monfette
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or by reliable electronic means on this 19th day of September, 2022.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge